# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICHARD SALKIN,**<br><br>    Plaintiff,<br><br>v.<br><br>**JOHN LABROSSE,** *et al.*,<br><br>    Defendants. | Civ. No. 13-3330 (WJM)<br><br>**ORDER** |

A Report and Recommendation was filed on March 26, 2020, recommending that the undersigned dismiss the remaining state law claim without prejudice, with leave for plaintiff to file the claim in state court within 30 days of dismissal. ECF No. 86. The parties had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 13th day of April 2020, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Edward Kiel, ECF No. 86, is adopted as the Opinion of this Court; and it is further

**ORDERED** that this Matter is **DISMISSED WITHOUT PREJUDICE**, with leave for plaintiff to file his defamation claim in state court within 30 days of the date of this Order.

                                                            */S/ William J. Martini*
                                                            **WILLIAM J. MARTINI, U.S.D.J.**

cc:    The Hon. Edward S. Kiel, U.S.M.J.